IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. <u>13 cv 205</u> |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address 24.183.51.58, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

**MOTION FOR LEAVE TO SERVE A THIRD PARTY
<u>SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE</u>**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; and (2) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: March 25, 2013

                                                      Respectfully submitted,
                                                      SCHULZ LAW, P.C.

                                   By:    <u>/s/ *Mary K. Schulz*</u>
                                                    Mary K. Schulz, Esq.
                                                    1144 E. State Street, Suite A260
                                                    Geneva, Il 60134
                                                    Tel:  (224) 535-9510
                                                    Fax:  (224) 535-9501
                                                    Email:  schulzlaw@me.com
                                                    *Attorneys for Plaintiff*