File Hashes for IP Address 24.183.51.58

**ISP:** Charter Communications
**Physical Location:** Madison, WI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/01/2013 06:32:20 | D19B84CF28E5FDC88EA65DBD6DF27507B5BD5392 | Mad Passion |
| 03/01/2013 05:38:49 | 8C87E30CEA74E58DDBF2A3E25E8333E13C18DD09 | Ready for Bed |
| 02/25/2013 07:00:23 | BB5CE5A4EB582B90802811238623DA21F8A8212A | Afternoon Snack |
| 02/24/2013 11:12:21 | 73463244CC9C53DD76B01EA62A8804F43F7C575E | Seeing Double |
| 02/18/2013 21:03:26 | 41B2E0CAA9E915CF9A33F06CE658BAFF199C727F | Apartment in Madrid |
| 02/12/2013 08:03:15 | 488A0F27CB97745A6772353E34FA19E702DADE29 | Afternoon Picnic |
| 02/08/2013 07:19:50 | FF729C9640023E57FDD7F457DF0E658CFBE42ADE | Sacred Romance |
| 02/08/2013 07:19:17 | A84A167A3FE7AF87B42E92461AE0B94993D9A88B | Yoga Master and Student |
| 02/08/2013 05:49:19 | DDA6C02CECBBF6120F9E23618A743F91D20D8A1E | Deep Longing |
| 01/26/2013 04:56:07 | 427D83F0D02D050C5E36F20EFA94C4B6F7CA8A6D | Sunday Afternoon |
| 01/26/2013 03:17:13 | 73748ADDA7E479CDA2B9F1297ADFB6B3CFCB1FA6 | Warm Inside |
| 01/22/2013 06:02:36 | 66311ECDC683B1E3791A70771FA9031570E7B1FE | A Little Rain Must Fall |
| 01/15/2013 05:07:29 | F47B0285067BCD08293D35EFFC274E0492D3F5F0 | Want You |
| 01/02/2013 07:44:03 | 2410F1B972DB5F4B580B2D0482F5F40D778DF6E3 | Morning Desires |
| 12/26/2012 04:23:21 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 12/23/2012 19:22:53 | 2DC66057B131FEBAA13F3C5D907A2B1288FED5F9 | Sent from Heaven |
| 12/23/2012 10:41:29 | 227835892F01B19339F1599D5EEC92D2CA969779 | A Girls Fantasy |
| 12/19/2012 03:57:05 | E539B58C0992C2D305D533E88F6F15B3E4C543D0 | A Love Story |
| 12/15/2012 04:23:47 | 5C3FC116D6D9E8449C2539686B921642722608D5 | Heart and Soul |
| 12/13/2012 06:12:54 | BBC8DD724A813574ABB58DEDB08A9238AB65C2F1 | Waterfall Emotions |
| 12/04/2012 07:12:46 | AC4FF9B08A0EF87D1CB1C8E7BFFA607BC935F601 | Tarde Espanola |
| 12/03/2012 22:57:01 | F3DB7AC593D7027EECDA3B73D0E4EDF98D395B3C | Loving Angels |
| 11/29/2012 22:58:22 | 405A37B34B443599785155C041DE1F785EA9CEE5 | Constance Aaron X–Art on TV |

EXHIBIT B

WWI1

**Total Statutory Claims Against Defendant: 23**

EXHIBIT B

WWI1