IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| MALIBU MEDIA LLC, | ) | |
| | ) | |
| Plaintiff | ) | No. 13 cv 205 |
| | ) | |
| vs | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address 24.183.51.58 | ) ) | |
| | ) | |
| Defendant | ) | |

    I, the undersigned attorney, certify that on May 31, 2013 I caused service of the foregoing **Order dated May 28, 2013** by depositing a copy of the document postage prepaid, in the U.S. Mail at Geneva, IL, addressed to the parties listed below:

The Charter Communications, Inc.
C/o CSC-Lawyers Incorporating Service Company
8040 Excelsior Drive, Suite 400
Madison, Wi 53717

                                                 S/Mary K. Schulz
                                                  Mary K. Schulz

Mary K. Schulz, 6183773
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
224.535-9510