IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP ) <br> address 24.183.51.58, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 3:13-cv-00205-slc |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO SHOW CAUSE ORDER**

Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order extending the time within which Plaintiff has to file a response to the Court's Show Cause Order [CM/ECF 7], and states:

1. On May 28, 2013, this Court entered an order sealing the Complaint in this case, staying all matters, and requiring Plaintiff to show cause by June 7, 2013 why attaching Exhibit C to the Complaint does not violate Rule 11(b) [CM/ECF 7].

2. Plaintiff is currently preparing for and will be in trial beginning Monday, June 10, 2013 in the Eastern District of Pennsylvania. *See Malibu Media, LLC v. John Does 1, 13, 14, and 16*, Case No. 12-cv-2078-MMB (E.D. Pa). The jury selection is June 6, 2013. This will be the first ever trial in a BitTorrent infringement case. The trial should end on or about June 14, 2013.

3. As Plaintiff's attention is focused almost entirely on the upcoming trial, undersigned is unable to work with Plaintiff to prepare its responses to the Court's show cause order and obtain any declarations or supporting

1

documentation which may be necessary.  As such, Plaintiff requires additional time within which to file its response.

WHEREFORE, Plaintiff respectfully requests that the time within which it must file its response to the Court's Show Cause Order be extended an additional fourteen (14) days, or until June 21, 2013.  A proposed order is attached for the Court's convenience.

Dated:  June 3, 2013

                    Respectfully submitted,
                    SCHULZ LAW, P.C.

By:   /s/ *Mary K. Schulz*
       Mary K. Schulz, Esq.
       1144 E. State Street, Suite A260
       Geneva, Il 60134
       Tel:  (224) 535-9510
       Fax:  (224) 535-9501
       Email:  schulzlaw@me.com
       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *Mary K. Schulz*