IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Malibu Media LLC

Plaintiff(s)

Case No.  13-cv-205-slc

John Doe

Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Mitchell Stoltz    of    Electronic Frontier Foundation
Attorney                  Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in   New York State
                                                                                                                                                              Jurisdiction

Dated this   19th   Day of   June   , 20   13

s/ Mitchell Stoltz

Name    Mitchell Stoltz

Firm    Electronic Frontier Foundation

Address   815 Eddy Street

City    San Francisco        State  CA     Zip   94109

E-Mail   mitch@eff.org

Phone   (415) 436-9333 x 142