IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. <u>3:13-cv-00205-SLC</u> |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP address 24.183.51.58, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO SHOW CAUSE ORDER

**THIS CAUSE** having come before the Court upon Plaintiff's Second Motion for Extension of Time to File Response to Show Cause Order (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. Plaintiff shall have until June 26, 2013 to file its response to the Court's Show Cause Order [CM/ECF 7].

DONE AND ORDERED this ___ day of _____, 2013.

By _____
**UNITED STATES DISTRICT JUDGE**

1