IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action No. 3:13-cv-00205-SLC |
| v. | ) |
| JOHN DOE subscriber assigned IP address 24.183.51.58, | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO THE COURT'S SHOW CAUSE ORDER IN LOWEST NUMBERED CASE ONLY**

Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order allowing Plaintiff to file its response to the Court's Show Cause Order in the lowest numbered case only, and states:

On May 28, 2013, this Court entered an order sealing the Complaint in this case, staying all matters, and requiring Plaintiff to show cause why attaching Exhibit C to the Complaint does not violate Rule 11(b) [CM/ECF 7]. Plaintiff's response to the show cause order is identical in each of the cases, and attaches a large number of supporting affidavits and Exhibits. In order to save both Plaintiff's and the Court's resources, Plaintiff respectfully request that the Court allow it to respond to the show cause order by filing its response and supporting documents in the lowest numbered case, 3:13-cv-00205-slc, and by filing Notices of Filing in the additional cases.

WHEREFORE, Plaintiff respectfully requests it be allowed to respond to the show cause order by filing its response and supporting documents in the lowest

1

numbered case 3:13-cv-00205-slc, and by filing Notices of Filling in the additional cases. A proposed order is attached for the Court's convenience.

Dated: June 26, 2013

Respectfully submitted,
SCHULZ LAW, P.C.

By: /s/ *Mary K. Schulz*
Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, Il 60134
Tel: (224) 535-9510
Fax: (224) 535-9501
Email: schulzlaw@me.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Mary K. Schulz*