**Expanded Surveillance of IP Address [REDACTED]**

**ISP: [REDACTED]**
**Location: [REDACTED]**

| Hit Date  UTC |
| --- |
| 06/25/2013 |
| 06/24/2013 |
| 06/23/2013 |
| 06/21/2013 |
| 06/21/2013 |
| 06/17/2013 |
| 06/17/2013 |
| 06/16/2013 |
| 06/15/2013 |
| 06/14/2013 |
| 06/14/2013 |
| 06/13/2013 |
| 06/09/2013 |
| 06/09/2013 |
| 06/08/2013 |
| 06/07/2013 |
| 06/06/2013 |
| 06/05/2013 |
| 06/04/2013 |
| 06/02/2013 |
| 06/02/2013 |
| 06/02/2013 |
| 06/01/2013 |

# EXHIBIT C

| Hit Date  UTC |
| --- |
| 05/31/2013 |
| 05/31/2013 |
| 05/31/2013 |
| 05/29/2013 |
| 05/28/2013 |
| 05/27/2013 |
| 05/27/2013 |
| 05/26/2013 |
| 05/26/2013 |
| 05/26/2013 |
| 05/26/2013 |
| 05/26/2013 |
| 05/26/2013 |
| 05/26/2013 |
| 05/26/2013 |
| 05/25/2013 |
| 05/25/2013 |
| 05/25/2013 |
| 05/25/2013 |
| 05/24/2013 |
| 05/20/2013 |
| 05/20/2013 |
| 05/20/2013 |
| 05/19/2013 |
| 05/19/2013 |
| 05/19/2013 |
| 05/19/2013 |

| Hit Date  UTC |
| --- |
| 05/19/2013 |
| 05/19/2013 |
| 05/19/2013 |
| 05/19/2013 |
| 05/19/2013 |
| 05/19/2013 |
| 05/16/2013 |
| 05/15/2013 |
| 05/15/2013 |
| 05/14/2013 |
| 05/13/2013 |
| 05/13/2013 |
| 05/10/2013 |
| 05/09/2013 |
| 05/07/2013 |
| 05/07/2013 |
| 05/06/2013 |
| 05/06/2013 |
| 05/06/2013 |
| 05/06/2013 |
| 05/04/2013 |
| 05/02/2013 |
| 05/02/2013 |
| 05/02/2013 |
| 04/30/2013 |
| 04/30/2013 |
| 04/29/2013 |

| Hit Date  UTC |
| --- |
| 04/29/2013 |
| 04/29/2013 |
| 04/29/2013 |
| 04/29/2013 |
| 04/29/2013 |
| 04/28/2013 |
| 04/26/2013 |
| 04/26/2013 |
| 04/26/2013 |
| 04/25/2013 |
| 04/25/2013 |
| 04/25/2013 |
| 04/22/2013 |
| 04/22/2013 |
| 04/22/2013 |
| 04/22/2013 |
| 04/22/2013 |
| 04/22/2013 |
| 04/21/2013 |
| 04/21/2013 |
| 04/19/2013 |
| 04/19/2013 |
| 04/18/2013 |
| 04/16/2013 |
| 04/15/2013 |
| 04/15/2013 |
| 04/15/2013 |

| Hit Date  UTC |
|---|
| 04/15/2013 |
| 04/15/2013 |
| 04/15/2013 |
| 04/13/2013 |
| 04/13/2013 |
| 04/12/2013 |
| 04/12/2013 |
| 04/12/2013 |
| 04/12/2013 |
| 04/12/2013 |
| 04/12/2013 |
| 04/12/2013 |
| 04/12/2013 |
| 04/12/2013 |
| 04/12/2013 |
| 04/12/2013 |
| 04/11/2013 |
| 04/11/2013 |
| 04/11/2013 |
| 04/11/2013 |
| 04/09/2013 |
| 04/09/2013 |
| 04/08/2013 |
| 04/08/2013 |
| 04/08/2013 |
| 04/07/2013 |
| 04/07/2013 |

| Hit Date  UTC |
| --- |
| 04/05/2013 |
| 04/04/2013 |
| 04/02/2013 |
| 04/02/2013 |
| 04/01/2013 |
| 04/01/2013 |
| 03/31/2013 |
| 03/27/2013 |
| 03/27/2013 |
| 03/27/2013 |
| 03/26/2013 |
| 03/25/2013 |
| 03/25/2013 |
| 03/23/2013 |
| 03/23/2013 |
| 03/22/2013 |
| 03/19/2013 |
| 03/18/2013 |
| 03/15/2013 |
| 03/15/2013 |
| 03/14/2013 |
| 03/12/2013 |
| 03/12/2013 |
| 03/12/2013 |
| 03/12/2013 |
| 03/11/2013 |
| 03/11/2013 |

| Hit Date  UTC |
| --- |
| 03/11/2013 |
| 03/10/2013 |
| 03/08/2013 |
| 03/08/2013 |
| 03/07/2013 |
| 03/04/2013 |
| 03/01/2013 |
| 03/01/2013 |
| 03/01/2013 |
| 02/27/2013 |
| 02/27/2013 |
| 02/26/2013 |
| 02/26/2013 |
| 02/26/2013 |
| 02/26/2013 |
| 02/24/2013 |
| 02/24/2013 |
| 02/24/2013 |
| 02/22/2013 |
| 02/22/2013 |
| 02/22/2013 |
| 02/22/2013 |
| 02/22/2013 |
| 02/20/2013 |
| 02/19/2013 |
| 02/19/2013 |
| 02/17/2013 |

| Hit Date  UTC |
| --- |
| 02/16/2013 |
| 02/16/2013 |
| 02/16/2013 |
| 02/16/2013 |
| 02/13/2013 |
| 02/12/2013 |
| 02/11/2013 |
| 02/11/2013 |
| 02/11/2013 |
| 02/10/2013 |
| 02/10/2013 |
| 02/10/2013 |
| 02/10/2013 |
| 02/10/2013 |
| 02/10/2013 |
| 02/09/2013 |
| 02/07/2013 |
| 02/06/2013 |
| 02/04/2013 |
| 02/04/2013 |
| 02/04/2013 |
| 02/04/2013 |
| 02/02/2013 |
| 01/28/2013 |
| 01/27/2013 |
| 01/27/2013 |
| 01/27/2013 |

| Hit Date  UTC |
|---|
| 01/27/2013 |
| 01/25/2013 |
| 01/24/2013 |
| 01/22/2013 |
| 01/22/2013 |
| 01/22/2013 |
| 01/22/2013 |
| 01/20/2013 |
| 01/20/2013 |
| 01/18/2013 |
| 01/18/2013 |
| 01/18/2013 |
| 01/18/2013 |
| 01/18/2013 |
| 01/17/2013 |
| 01/12/2013 |
| 01/12/2013 |
| 01/12/2013 |
| 01/11/2013 |
| 01/11/2013 |
| 01/10/2013 |
| 01/10/2013 |
| 01/10/2013 |
| 01/10/2013 |
| 01/10/2013 |
| 01/10/2013 |
| 01/10/2013 |

| Hit Date  UTC |
| --- |
| 01/10/2013 |
| 01/07/2013 |
| 01/06/2013 |
| 01/06/2013 |
| 01/04/2013 |
| 01/04/2013 |
| 01/03/2013 |
| 01/03/2013 |
| 01/02/2013 |
| 01/02/2013 |
| 12/30/2012 |
| 12/30/2012 |
| 12/28/2012 |
| 12/28/2012 |
| 12/27/2012 |
| 12/27/2012 |
| 12/26/2012 |
| 12/24/2012 |
| 12/23/2012 |
| 12/21/2012 |
| 12/20/2012 |
| 12/20/2012 |
| 12/20/2012 |
| 12/18/2012 |
| 12/18/2012 |
| 12/18/2012 |
| 12/18/2012 |

| Hit Date  UTC |
| --- |
| 12/17/2012 |
| 12/17/2012 |
| 12/17/2012 |
| 12/17/2012 |
| 12/16/2012 |
| 12/14/2012 |
| 12/13/2012 |
| 12/11/2012 |
| 12/11/2012 |
| 12/07/2012 |
| 12/07/2012 |
| 12/07/2012 |
| 12/05/2012 |
| 12/05/2012 |
| 12/05/2012 |
| 12/04/2012 |
| 12/04/2012 |
| 12/04/2012 |
| 12/04/2012 |
| 12/02/2012 |
| 12/02/2012 |
| 12/02/2012 |
| 12/02/2012 |
| 12/01/2012 |
| 11/30/2012 |
| 11/30/2012 |
| 11/30/2012 |

| Hit Date  UTC |
| --- |
| 11/30/2012 |
| 11/29/2012 |
| 11/28/2012 |
| 11/28/2012 |
| 11/28/2012 |
| 11/27/2012 |
| 11/27/2012 |
| 11/27/2012 |
| 11/26/2012 |
| 11/26/2012 |
| 11/25/2012 |
| 11/25/2012 |
| 11/25/2012 |
| 11/25/2012 |
| 11/23/2012 |
| 11/22/2012 |
| 11/20/2012 |
| 11/20/2012 |
| 11/19/2012 |
| 11/19/2012 |
| 11/19/2012 |
| 11/18/2012 |
| 11/18/2012 |
| 11/17/2012 |
| 11/17/2012 |
| 11/16/2012 |
| 11/16/2012 |

| Hit Date  UTC |
|---|
| 11/16/2012 |
| 11/15/2012 |
| 11/15/2012 |
| 11/15/2012 |
| 11/13/2012 |
| 11/12/2012 |
| 11/11/2012 |
| 11/10/2012 |
| 11/09/2012 |
| 11/08/2012 |
| 11/08/2012 |
| 11/06/2012 |
| 11/01/2012 |
| 11/01/2012 |
| 10/29/2012 |
| 10/29/2012 |
| 10/29/2012 |
| 10/29/2012 |
| 10/26/2012 |
| 10/26/2012 |
| 10/26/2012 |
| 10/25/2012 |
| 10/25/2012 |
| 10/25/2012 |
| 10/25/2012 |
| 10/24/2012 |
| 10/24/2012 |

| Hit Date  UTC |
| --- |
| 10/23/2012 |
| 10/22/2012 |
| 10/22/2012 |
| 10/22/2012 |
| 10/19/2012 |
| 10/19/2012 |
| 10/19/2012 |
| 10/19/2012 |
| 10/18/2012 |
| 10/18/2012 |
| 10/18/2012 |
| 10/18/2012 |
| 10/18/2012 |
| 10/16/2012 |
| 10/08/2012 |
| 10/07/2012 |
| 10/07/2012 |
| 10/07/2012 |
| 10/06/2012 |
| 10/06/2012 |
| 10/06/2012 |
| 10/06/2012 |
| 10/05/2012 |
| 10/05/2012 |
| 10/05/2012 |
| 10/05/2012 |
| 10/05/2012 |

| Hit Date  UTC |
|---|
| 10/03/2012 |
| 10/03/2012 |
| 10/01/2012 |
| 10/01/2012 |
| 09/30/2012 |
| 09/27/2012 |
| 09/24/2012 |
| 09/23/2012 |
| 09/17/2012 |
| 09/16/2012 |
| 09/16/2012 |
| 09/12/2012 |
| 09/10/2012 |
| 09/09/2012 |
| 09/09/2012 |
| 09/04/2012 |
| 09/03/2012 |
| 09/01/2012 |
| 08/31/2012 |
| 08/30/2012 |
| 08/27/2012 |
| 08/24/2012 |
| 08/23/2012 |
| 08/23/2012 |
| 08/21/2012 |
| 08/20/2012 |
| 08/14/2012 |

| Hit Date  UTC |
| --- |
| 08/14/2012 |
| 08/13/2012 |
| 08/11/2012 |
| 08/10/2012 |
| 08/08/2012 |
| 08/06/2012 |
| 08/06/2012 |
| 08/02/2012 |
| 08/02/2012 |
| 07/30/2012 |
| 07/24/2012 |