# LIST OF CASES IN WHICH MALIBU MEDIA, LLC HAS BEEN GRANTED LEAVE TO SERVE A THIRD PARTY SUBPOENA

**Southern District California:**

*Malibu Media, LLC v. John Doe*, 3:13-cv-00433-LAB-DHB (S.D. Cal.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00434-LAB-DHB (S.D. Cal.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00435-JAH-WMC (S.D. Cal.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00436-LAB-DHB (S.D. Cal.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00437-LAB-DHB (S.D. Cal.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-0438-LAB-DHB (S.D. Cal.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00442-LAB-DHB (S.D. Cal.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00443-LAB-DHB (S.D. Cal.)


**District of Colorado:**

*Malibu Media, LLC v. John Doe*, 1:13-cv-00307-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00308-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00309-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00310-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00311-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00312-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00313-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00314-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00315-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00316-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00317-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00318-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00319-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00320-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00423-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00424-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00425-WYD-MEH (D. Colo.)

# EXHIBIT E

*Malibu Media, LLC v. John Doe*, 1:13-cv-00426-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00427-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00428-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00637-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00638-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00639-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00641-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00642-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00643-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00644-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00645-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00738-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00739-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00740-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00741-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00742-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00743-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00744-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00976-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00977-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00978-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00979-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00980-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00981-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00982-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00983-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00984-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00985-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00988-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00989-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00998-WYD-MEH (D. Colo.)

*Malibu Media, LLC v. John Doe*, 1:13-cv-00999-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01000-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01001-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01002-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01003-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01004-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01005-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01006-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01007-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01018-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01019-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01021-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01022-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01023-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01024-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01025-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01027-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01028-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01029-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01030-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01031-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01523-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01524-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01525-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01527-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01528-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01529-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01530-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01531-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01532-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01533-WYD-MEH (D. Colo.)

*Malibu Media, LLC v. John Doe*, 1:13-cv-01535-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01536-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01538-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01539-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01540-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01541-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01542-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01543-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01544-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01545-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01546-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01547-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01548-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01549-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01550-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01551-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01553-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01554-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01555-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01556-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01557-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01558-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01559-WYD-MEH (D. Colo.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01560-WYD-MEH (D. Colo.)

**District of Columbia:**

*Malibu Media, LLC v. John Doe*, 1:13-cv-00269-JEB-JMF (D.D.C.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00270-BAH (D.D.C.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00801-RBW (D.D.C.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00802-RMC (D.D.C.)

*Malibu Media, LLC v. John Doe*, 1:13-cv-00805-ESH (D.D.C.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00806-BAH (D.D.C.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00808-CKK (D.D.C.)

**Middle District Florida:**

*Malibu Media, LLC v. John Doe*, 8:13-cv-00472-JDW-EAJ (M.D. Fla.)
*Malibu Media, LLC v. John Doe*, 8:13-cv-00471-JSM-EAJ (M.D. Fla.)
*Malibu Media, LLC v. John Doe*, 8:13-cv-00470-JDW-MAP (M.D. Fla.)
*Malibu Media, LLC v. John Doe*, 8:13-cv-00469-MSS-TGW (M.D. Fla.)
*Malibu Media, LLC v. John Doe*, 8:13-cv-00468-JSM-AEP (M.D. Fla.)
*Malibu Media, LLC v. John Doe*, 8:13-cv-00467-VMC-TBM (M.D. Fla.)
*Malibu Media, LLC v. John Doe*, 8:13-cv-00858-JDW-AEP (M.D. Fla.)
*Malibu Media, LLC v. John Doe*, 8:13-cv-00857-MSS-TGW (M.D. Fla.)
*Malibu Media, LLC v. John Doe*, 8:13-cv-00856-SDM-MAP (M.D. Fla.)
*Malibu Media, LLC v. John Doe*, 8:13-cv-00855-MSS-TBM (M.D. Fla.)
*Malibu Media, LLC v. John Doe*, 8:13-cv-00854-MSS-TBM (M.D. Fla.)
*Malibu Media, LLC v. John Doe*, 6:13-cv-00546-CEH-DAB (M.D. Fla.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-00259-UA-SPC (M.D. Fla.)

**Southern District Florida:**

*Malibu Media, LLC v. John Doe*, 9:13-cv-80178-KLR (S.D. Fla.)
*Malibu Media, LLC v. John Doe*, 9:13-cv-80180-KAM (S.D. Fla.)
*Malibu Media, LLC v. John Doe*, 9:13-cv-80181-DTKH (S.D. Fla.)
*Malibu Media, LLC v. John Doe*, 9:13-cv-80182-RNS (S.D. Fla.)
*Malibu Media, LLC v. John Doe*, 9:13-cv-80183-DMM (S.D. Fla.)
*Malibu Media, LLC v. John Doe*, 0:13-cv-61022-WPD (S.D. Fla.)
*Malibu Media, LLC v. John Doe*, 4:13-cv-10100-JLK (S.D. Fla.)
*Malibu Media, LLC v. John Doe*, 0:13-cv-61023-JIC (S.D. Fla.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-21578-JAL (S.D. Fla.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-21579-JEM (S.D. Fla.)

*Malibu Media, LLC v. John Doe*, 0:13-cv-61024-WPD (S.D. Fla.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-21581-DLG (S.D. Fla.)
*Malibu Media, LLC v. John Doe*, 0:13-cv-61025-RSR (S.D. Fla.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-21582-CMA (S.D. Fla.)

**Central District of Illinois:**

*Malibu Media, LLC v. John Doe*, 1:13-cv-01072-MMM-JAG (C.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01073-JES-JAG (C.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01074-JES-JAG (C.D. Ill.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-03044-JES-JAG (C.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01075-JES-JAG (C.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01102-JES-JAG (C.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01096-JBM-BGC (C.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01101-MMM-JAG (C.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01189-JES-JAG (C.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01194-JBM-BGC (C.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01195-JBM-JAG (C.D. Ill.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-03116-RM-BGC (C.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01200-MMM-BGC (C.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-01201-JES-JAG (C.D. Ill.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-03118-RM-BGC (C.D. Ill.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-03119-RM-BGC (C.D. Ill.)

**Northern District of Illinois:**

*Malibu Media, LLC v. John Doe*, 1:13-cv-00863 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00911 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00913 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00878 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00880 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00883 (N.D. Ill.)

*Malibu Media, LLC v. John Doe*, 1:13-cv-00884 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00885 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00888 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00891 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00902 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00915 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00934 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00935 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02427 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02428 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02429 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02505 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02506 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02507 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02611 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02612 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02613 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02614 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02625 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02626 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02627 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02656 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02657 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02659 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02697 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02698 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02699 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02700 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02701 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02702 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02704 (N.D. Ill.)

*Malibu Media, LLC v. John Doe*, 1:13-cv-02705 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02706 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02707 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02708 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02709 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02710 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-02711 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-03644 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-03645 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-03647 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-03648 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-03649 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-03696 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-03697 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-03699 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-03700 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-03703 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-03704 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-03705 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-03706 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-03710 (N.D. Ill.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-03711 (N.D. Ill.)

**Northern District Indiana:**

*Malibu Media, LLC v. John Doe*, 1:13-cv-00030-PPS-RBC (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-00055-JVB-APR (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00072-JVB-CAN (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00071-JD-CAN (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00031-JVB-RBC (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00165-RLM-CAN (N.D. Ind.)

*Malibu Media, LLC v. John Doe*, 3:13-cv-00164-PPS-CAN (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00163-TLS-CAN (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00162-PPS-CAN (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-00085-JVB-PRC (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-00089-JVB-JEM (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00203-PPS-CAN (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00204-JTM-CAN (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-00098-TLS-PRC (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00071-RLM-RBC (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-00099-RLM-APR (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-00097-JD-JEM (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00334-JD-CAN (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00332-PPS-CAN (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00329-PPS-CAN (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00122-JVB-RBC (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00330-PPS-JEM (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00331-JD-CAN (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00123-RLM-RBC (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00124-JD-RBC (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00333-JD-CAN (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 3:13-cv-00328-RLM-JEM (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-00135-RLM-JEM (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-00136-RLM-JEM (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 4:13-cv-00026-TLS-JEM (N.D. Ind.)
*Malibu Media, LLC v. John Doe*, 4:13-cv-00027-JD-PRC (N.D. Ind.)

**Southern District Indiana:**

*Malibu Media, LLC v. John Doe*, 1:13-cv-00201-RLY-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00202-SEB-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00203-JMS-MJD (S.D. Ind.)

*Malibu Media, LLC v. John Doe*, 1:13-cv-00204-WTL-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00205-WTL-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00206-TWP-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00392-RLY-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00394-SEB-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00389-SEB-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00390-TWP-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00391-RLY-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00663-SEB-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00664-JMS-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00665-WTL-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00666-TWP-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00667-SEB-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00668-JMS-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00669-WTL-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00670-JMS-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00671-JMS-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00672-JMS-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00673-WTL-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00674-LJM-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00675-TWP-MJD (S.D. Ind.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00676-SEB-MJD (S.D. Ind.)

**Eastern District of Michigan:**

*Malibu Media, LLC v. John Doe*, 2:13-cv-10508-PDB-MKM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 4:13-cv-10509-TGB-RSW (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-10510-DPH-MJH (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-10511-AJT-RSW (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-10512-JAC-LJM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-10513-JAC-MAR (E.D. Mich.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-10514-NGE-RSW (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-10515-VAR-PJK (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-10516-DML-PJK (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 4:13-cv-10517-MAG-RSW (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 4:13-cv-11392-MAG-RSW (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11395-AJT-DRG (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 5:13-cv-11398-JCO-LJM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11399-PDB-MJH (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11400-VAR-PJK (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 4:13-cv-11401-TGB-MKM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11402-BAF-MJH (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11403-PDB-MJH (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11404-VAR-MKM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11406-GCS-RSW (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11408-AC-MJH (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11409-RHC-RSW (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11411-JAC-LJM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11415-PDB-MKM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11419-DML-DRG (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11425-PDB-MKM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11428-SFC-MKM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 4:13-cv-11429-MAG-RSW (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11432-GAD-RSW (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11434-RHC-MKM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11435-RHC-MKM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11423-JAC-MJH (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11430-SFC-MKM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11436-DML-MJH (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11438-GAD-DRG (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11446-AJT-DRG (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11450-SJM-LJM (E.D. Mich.)

*Malibu Media, LLC v. John Doe*, 4:13-cv-11454-TGB-RSW (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-11458-SFC-DRG (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12159-NGE-PJK (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12168-NGE-MAR (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12169-RHC-MKM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12175-AJT-DRG (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12176-AJT-MKM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-12178-TLL-CEB (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12200-GER-MKM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 4:13-cv-12161-MAG-MKM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12164-JAC-MAR (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12201-DPH-DRG (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12206-DPH-LJM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12208-MOB-RSW (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12209-SJM-MKM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12210-RHC-MJH (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12213-SFC-DRG (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 4:13-cv-12215-TGB-RSW (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12214-AJT-MKM (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12217-VAR-RSW (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12218-NGE-DRG (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12224-SFC-DRG (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12228-RHC-MAR (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 4:13-cv-12231-MAG-MAR (E.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-12233-NGE-MKM (E.D. Mich.)

**Western District of Michigan:**

*Malibu Media, LLC v. John Doe*, 1:13-cv-00154-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00155-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00157-RJJ (W.D. Mich.)

*Malibu Media, LLC v. John Doe*, 1:13-cv-00158-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00161-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00162-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00163-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00164-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00350-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00353-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00355-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 2:13-cv-00109-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00360-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00364-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00352-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00354-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00356-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00357-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00359-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00361-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00524-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00527-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00528-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00529-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00530-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00531-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00533-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00534-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00535-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00537-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00538-RJJ (W.D. Mich.)
*Malibu Media, LLC v. John Doe*, 1:13-cv-00539-RJJ (W.D. Mich.)

**District Court of New Jersey:**

*Malibu Media, LLC v. John Doe*, 2:13-cv-00971-WJM-MF (D.N.J.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-01104-ES-SCM (D.N.J.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00973-FSH-PS (D.N.J.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-01105-ES-SCM (D.N.J.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-01106-WHW-CLW (D.N.J.)

*Malibu Media, LLC v. John Doe*, 3:13-cv-01159-FLW-LHG (D.N.J.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-01178-FSH-PS (D.N.J.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-01179-FSH-PS (D.N.J.)

*Malibu Media, LLC v. John Doe*, 3:13-cv-01185-PGS-DEA (D.N.J.)

*Malibu Media, LLC v. John Doe*, 3:13-cv-02041-JAP-TJB (D.N.J.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-02025-FSH-PS (D.N.J.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-02026-WJM-MF (D.N.J.)

*Malibu Media, LLC v. John Doe*, 3:13-cv-02042-PGS-TJB (D.N.J.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-02027-JLL-MAH (D.N.J.)

*Malibu Media, LLC v. John Doe*, 3:13-cv-02043-FLW-TJB (D.N.J.)


**Eastern District of Pennsylvania:**

*Malibu Media, LLC v. John Doe*, 2:13-cv-01763-MAM (E.D. Pa.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-01764-JD (E.D. Pa.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-02770-CMR (E.D. Pa.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-03511-PD (E.D. Pa.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-02765-MSG (E.D. Pa.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-02769-RB (E.D. Pa.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-02766-MSG (E.D. Pa.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-02867-TJS (E.D. Pa.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-02864-HB (E.D. Pa.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-02856-JD (E.D. Pa.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-02863-PD (E.D. Pa.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-02854-JP (E.D. Pa.)

**Eastern District of Wisconsin:**

*Malibu Media, LLC v. John Doe*, 2:13-cv-00213-LA (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00214-JPS (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00217-WEC (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00220-AEG (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00226-NJ (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00228-NJ (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00236-AEG (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00238-JPS (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00239-JPS (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00527-PJG (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00528-PJG (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00536-RTR (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00537 (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00540-NJ (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00541-JPS (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00543-NJ (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00544-RTR (E.D. Wis.)

*Malibu Media, LLC v. John Doe*, 2:13-cv-00545-AEG (E.D. Wis.)