# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| MALIBU MEDIA, LLC,<br>  Plaintiffs, | ) <br> ) <br> ) | |
| v. | ) <br> ) | ECF Case |
| JOHN DOE subscriber assigned IP address 24.183.51.58,<br>  Defendant. | ) <br> ) <br> ) <br> ) | Civil Action No. 3:13-CV-00205-SLC |
| MALIBU MEDIA, LLC,<br>  Plaintiffs, | ) <br> ) <br> ) | |
| v. | ) <br> ) | ECF Case |
| JOHN DOE subscriber assigned IP address 71.13.250.95,<br>  Defendant. | ) <br> ) <br> ) <br> ) | Civil Action No. 3:13-CV-00207-SLC |
| MALIBU MEDIA, LLC,<br>  Plaintiffs, | ) <br> ) <br> ) | |
| v. | ) <br> ) | ECF Case |
| JOHN DOE subscriber assigned IP address 71.87.100.125,<br>  Defendant. | ) <br> ) <br> ) <br> ) | Civil Action No. 3:13-CV-00208-BBC |
| MALIBU MEDIA, LLC,<br>  Plaintiffs, | ) <br> ) <br> ) | |
| v. | ) <br> ) | ECF Case |
| JOHN DOE subscriber assigned IP address 98.125.121.178,<br>  Defendant. | ) <br> ) <br> ) <br> ) | Civil Action No. 3:13-CV-00209-SLC |

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, <br>    Plaintiffs, <br><br>        v. <br><br>JOHN DOE subscriber assigned IP address 24.177.123.74, <br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) | ECF Case <br><br> Civil Action No. 3:13-CV-00315-WMC |
| MALIBU MEDIA, LLC, <br>    Plaintiffs, <br><br>        v. <br><br>JOHN DOE subscriber assigned IP address 24.183.92.115, <br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) | ECF Case <br><br> Civil Action No. 3:13-CV-00317-SLC |
| MALIBU MEDIA, LLC, <br>    Plaintiffs, <br><br>        v. <br><br>JOHN DOE subscriber assigned IP address 24.196.90.111, <br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) | ECF Case <br><br> Civil Action No. 3:13-CV-00318-BBC |
| MALIBU MEDIA, LLC, <br>    Plaintiffs, <br><br>        v. <br><br>JOHN DOE subscriber assigned IP address 66.168.17.59, <br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) | ECF Case <br><br> Civil Action No. 3:13-CV-00319-SLC |
| MALIBU MEDIA, LLC, <br>    Plaintiffs, <br><br>        v. <br><br>JOHN DOE subscriber assigned IP address 71.10.117.251, <br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) | ECF Case <br><br> Civil Action No. 3:13-CV-00320-SLC |

| | |
|---|---|
| MALIBU MEDIA, LLC,<br>    Plaintiffs, ) <br> ) <br>        v. ) <br> ) <br>JOHN DOE subscriber assigned IP address ) <br>71.90.19.244, ) <br>    Defendant. ) | ECF Case <br><br> Civil Action No. 3:13-CV-00321-BBC |
| MALIBU MEDIA, LLC,<br>    Plaintiffs, ) <br> ) <br>        v. ) <br> ) <br>JOHN DOE subscriber assigned IP address ) <br>97.86.116.18, ) <br>    Defendant. ) | ECF Case <br><br> Civil Action No. 3:13-CV-00322-WMC |

APPEARANCE OF COUNSEL

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted to practice in this Court, and I appear in the above-referenced cases as counsel for Amicus Electronic Frontier Foundation.

    /s/ Erin Kathryn Russell
    The Russell Firm
    233 South Wacker Drive, 84FL
    Chicago, IL 60606
    T: 312-994-2424
    F: 312-706-9766
    erin@russellfirmchicago.com
    IL ARDC No. 6287255