# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MALIBU MEDIA, LLC,<br>    Plaintiff,<br>v.<br>JOHN DOE subscriber assigned IP address<br>24.183.51.58,<br>    Defendant. | Civil Action No. 3:13-CV-00205-WMC |
| MALIBU MEDIA, LLC,<br>    Plaintiff,<br>v.<br>JOHN DOE subscriber assigned IP address<br>71.13.250.95,<br>    Defendant. | Civil Action No. 3:13-CV-00207-WMC |
| MALIBU MEDIA, LLC,<br>    Plaintiff,<br>v.<br>JOHN DOE subscriber assigned IP address<br>71.87.100.125,<br>    Defendant. | Civil Action No. 3:13-CV-00208-WMC |
| MALIBU MEDIA, LLC,<br>    Plaintiff,<br>v.<br>JOHN DOE subscriber assigned IP address<br>98.125.121.178,<br>    Defendant. | Civil Action No. 3:13-CV-00209-WMC |
| MALIBU MEDIA, LLC,<br>    Plaintiff,<br>v.<br>JOHN DOE subscriber assigned IP address<br>24.177.123.74,<br>    Defendant. | Civil Action No. 3:13-CV-00315-WMC |
| MALIBU MEDIA, LLC,<br>    Plaintiff,<br>v.<br>JOHN DOE subscriber assigned IP address<br>24.183.92.115,<br>    Defendant. | Civil Action No. 3:13-CV-00317-WMC |

| | | |
|---|---|---|
| MALIBU MEDIA, LLC,<br>　　Plaintiff,<br>v.<br>JOHN DOE subscriber assigned IP address 24.196.90.111,<br>　　Defendant. | ）<br>）<br>）<br>）<br>）<br>）<br>） | Civil Action No. 3:13-CV-00318-WMC |
| MALIBU MEDIA, LLC,<br>　　Plaintiff,<br>v.<br>JOHN DOE subscriber assigned IP address 66.168.17.59,<br>　　Defendant. | ）<br>）<br>）<br>）<br>）<br>）<br>） | Civil Action No. 3:13-CV-00319-WMC |
| MALIBU MEDIA, LLC,<br>　　Plaintiff,<br>v.<br>JOHN DOE subscriber assigned IP address 71.10.117.251,<br>　　Defendant. | ）<br>）<br>）<br>）<br>）<br>）<br>） | Civil Action No. 3:13-CV-00320-WMC |
| MALIBU MEDIA, LLC,<br>　　Plaintiff,<br>v.<br>JOHN DOE subscriber assigned IP address 71.90.19.244,<br>　　Defendant. | ）<br>）<br>）<br>）<br>）<br>）<br>） | Civil Action No. 3:13-CV-00321-WMC |
| MALIBU MEDIA, LLC,<br>　　Plaintiff,<br>v.<br>JOHN DOE subscriber assigned IP address 97.86.116.18,<br>　　Defendant. | ）<br>）<br>）<br>）<br>）<br>）<br>） | Civil Action No. 3:13-CV-00322-WMC |

### SUPPLEMENTAL MOTION OF THE ELECTRONIC FRONTIER FOUNDATION FOR LEAVE TO FILE BRIEF AMICUS CURIAE IN SUPPORT OF SANCTIONS

*Amicus curiae* Electronic Frontier Foundation ("EFF") respectfully renews its motion for leave to file a brief in support of sanctions against Plaintiff Malibu Media, LLC ("Malibu") for violation of Federal Rule of Civil Procedure 11(b). EFF's proposed brief is attached as an exhibit hereto. EFF filed its motion for leave on July 1, 2013, requesting leave to file its brief on July 15. Malibu filed an opposition to EFF's motion on July 8. The Court has not ruled on EFF's motion. EFF submits the attached brief in the sincere hope that it will aid the Court's decisionmaking on this important issue at a juncture where the defendants cannot represent themselves.

Dated: July 15, 2013  Respectfully submitted,

        /s/ Erin K. Russell
Erin K. Russell
The Russell Firm
233 South Wacker Drive, 84th Floor
Chicago, IL 60607
T: (312) 994-2424
F: (312) 706-9766
erin@russellfirmchicago.com
ARDC # 6287255

Mitchell L. Stoltz
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993
Email: mitch@eff.org

*Attorneys for Amicus Curiae Electronic Frontier Foundation*

## CERTIFICATE OF SERVICE

     I, Erin K. Russell, hereby certify that on July 15, 2013, I caused a true copy of the foregoing to be served on all parties via the Court's ECF system.

Dated:    July 15, 2013           Respectfully submitted,

                                       /s/ Erin K. Russell
                                       Erin K. Russell