**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
|      Plaintiff, | ) | Civil Action No. 3:13-cv-00205-SLC |
| v. | ) | |
| JOHN DOE subscriber assigned IP | ) | |
| address 24.183.51.58, | ) | |
|      Defendant. | ) | |
| _____ | ) | |
| MALIBU MEDIA, LLC, | ) | |
|      Plaintiff, | ) | Civil Action No. 3:13-cv-00207-SLC |
| v. | ) | |
| JOHN DOE subscriber assigned IP | ) | |
| address 71.13.250.95, | ) | |
|      Defendant. | ) | |
| _____ | ) | |
| MALIBU MEDIA, LLC, | ) | |
|      Plaintiff, | ) | Civil Action No. 3:13-cv-00208-bbc |
| v. | ) | |
| JOHN DOE subscriber assigned IP | ) | |
| address 71.87.100.125, | ) | |
|      Defendant. | ) | |
| _____ | ) | |
| MALIBU MEDIA, LLC, | ) | |
|      Plaintiff, | ) | Civil Action No. 3:13-cv-00209-SLC |
| v. | ) | |
| JOHN DOE subscriber assigned IP | ) | |
| address 98.125.121.178, | ) | |
|      Defendant. | ) | |
| _____ | ) | |
| MALIBU MEDIA, LLC, | ) | |
|      Plaintiff, | ) | Civil Action No. 3:13-cv-00315-wmc |
| v. | ) | |
| JOHN DOE subscriber assigned IP | ) | |
| address 24.177.123.74, | ) | |
|      Defendant. | ) | |
| _____ | ) | |
| MALIBU MEDIA, LLC, | ) | |
|      Plaintiff, | ) | Civil Action No. 3:13-cv-00317-slc |
| v. | ) | |
| JOHN DOE subscriber assigned IP | ) | |
| address 24.183.92.115, | ) | |
|      Defendant. | ) | |
| _____ | ) | |

MALIBU MEDIA, LLC,                          )
      Plaintiff,                          )   Civil Action No. <u>3:13-cv-00318-bbc</u>
v.                                          )
JOHN DOE subscriber assigned IP             )
address 24.196.90.111,                      )
      Defendant.                          )
_____)

MALIBU MEDIA, LLC,                          )
      Plaintiff,                          )   Civil Action No. <u>3:13-cv-00319-slc</u>
v.                                          )
JOHN DOE subscriber assigned IP             )
address 66.168.17.59,                       )
      Defendant.                          )
_____)

MALIBU MEDIA, LLC,                          )
      Plaintiff,                          )   Civil Action No. <u>3:13-cv-00320-slc</u>
v.                                          )
JOHN DOE subscriber assigned IP             )
address 71.10.117.251,                      )
      Defendant.                          )
_____)

MALIBU MEDIA, LLC,                          )
      Plaintiff,                          )   Civil Action No. <u>3:13-cv-00321-bbc</u>
v.                                          )
JOHN DOE subscriber assigned IP             )
address 71.90.19.244,                       )
      Defendant.                          )
_____)

MALIBU MEDIA, LLC,                          )
      Plaintiff,                          )   Civil Action No. <u>3:13-cv-00322-wmc</u>
v.                                          )
JOHN DOE subscriber assigned IP             )
address 97.86.116.18,                       )
      Defendant.                          )
_____)

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO BRIEF AMICUS CURIAE OF THE ELECTRONIC
FRONTIER FOUNDATION IN SUPPORT OF SANCTIONS**

Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order extending the time within which Plaintiff has to file a response to the Brief Amicus Curiae of the Electronic Frontier Foundation In Support Of Sanctions, and states:

1.      On July 18, 2013, this Court entered an order granting the Electronic Frontier Foundation's (the "EFF") Motion for Leave to File Amicus Curiae Brief and ordering Plaintiff to file its response to the Amicus Curiae brief by July 24, 2013.

2.      Undersigned has been on a cross-country trip since July 12, 2013, and will not return until late tomorrow, July 24, 2013.  As such, undersigned will be unable to complete and file its response by the current Court ordered deadline.

WHEREFORE, Plaintiff respectfully requests that the time within which it must file its response to the Electronic Frontier Foundation's Amicus Curiae Brief be extended an additional seven (7) days, or until July 31, 2013.  A proposed order is attached for the Court's convenience.

Dated:  July 23, 2013

                                                Respectfully submitted,

                                                SCHULZ LAW, P.C.

                                By:     /s/ *Mary K. Schulz*_____
                                        Mary K. Schulz, Esq.
                                        1144 E. State Street, Suite A260
                                        Geneva, Il 60134
                                        Tel:  (224) 535-9510
                                        Fax:  (224) 535-9501
                                        Email:  schulzlaw@me.com
                                        *Attorneys for Plaintiff*

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 23, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:    /s/ *Mary K. Schulz*