IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

# ORDER

| | |
|---|---|
| MALIBU MEDIA LLC,<br>       Plaintiff,<br>v.    13-cv-205-wmc<br>JOHN DOE subscriber<br>assigned IP address 24.183.51.58<br>       Defendant. | MALIBU MEDIA, LLC,<br>       Plaintiff,<br>v.    13-cv-318-wmc<br>JOHN DOE subscriber<br>assigned IP address 24.196.90.111<br>       Defendant. |
| MALIBU MEDIA LLC,<br>       Plaintiff,<br>v.    13-cv-207-wmc<br>JOHN DOE subscriber<br>assigned IP address 71.13.250.95<br>       Defendant. | MALIBU MEDIA, LLC,<br>       Plaintiff,<br>v.    13-cv-319-wmc<br>JOHN DOE subscriber<br>assigned IP address 66.168.17.59<br>       Defendant. |
| MALIBU MEDIA LLC,<br>       Plaintiff,<br>v.    13-cv-208-wmc<br>JOHN DOE subscriber<br>assigned IP address 71.87.100.125<br>       Defendant. | MALIBU MEDIA, LLC,<br>       Plaintiff,<br>v.    13-cv-320-wmc<br>JOHN DOE subscriber<br>assigned IP address 71.10.117.251<br>       Defendant. |
| MALIBU MEDIA LLC,<br>       Plaintiff,<br>v.    13-cv-209-wmc<br>JOHN DOE subscriber<br>assigned IP address 98.125.121.178<br>       Defendant. | MALIBU MEDIA, LLC,<br>       Plaintiff,<br>v.    13-cv-321-wmc<br>JOHN DOE subscriber<br>assigned IP address 71.90.19.244<br>       Defendant. |
| MALIBU MEDIA LLC,<br>       Plaintiff,<br>v.    13-cv-315-wmc<br>JOHN DOE subscriber<br>assigned IP address 24.177.123.74<br>       Defendant. | MALIBU MEDIA LLC,<br>       Plaintiff,<br>v.    13-cv-322-wmc<br>JOHN DOE subscriber<br>assigned IP address 97.86.116.18<br>       Defendant. |
| MALIBU MEDIA LLC,<br>v.    13-cv-317-wmc<br>JOHN DOE subscriber<br>assigned IP address 24.183.92.115<br>       Defendant. | |

ORDER

In light of plaintiff's well-supported motion for an extension of time, IT IS ORDERED that plaintiff shall have until July 31, 2013 to file its response to the EFF's Brief Amicus Curiae.

Entered this 23rd day of July, 2013.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge