IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action No. 3:13-cv-00205-wmc |
| v. | ) |
| JOHN DOE subscriber assigned IP address 24.183.51.58, | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANT WITH A SUMMONS AND COMPLAINT**

**THIS CAUSE** having come before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. Plaintiff shall have until sixty (60) days after the Show Cause Order is resolved to effectuate service on the Defendant.

DONE AND ORDERED this 6th day of August, 2013.

By _____
UNITED STATES DISTRICT JUDGE

1