IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                                                    Civil Action No. 3:13-cv-00205-WMC

JOHN DOE, subscriber assigned IP address
24.183.51.58,

        Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 24.183.51.58. Plaintiff dismisses Defendant John Doe because the period of time for which the Internet Service provider keeps the data records has elapsed.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 24, 2013

        Respectfully submitted,

        By: /s/ *Mary K. Schulz*
        Mary K. Schulz
        Schulz Law, P.C.
        1144 E. State Street, Suite A260
        Geneva, IL 60134
        Phone: 224-535-9510
        Email: SchulzLaw@me.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/ *Mary K. Schulz*
                                        Mary K. Schulz